# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                    CASE NO. 6:25-cr-31-JA-UAM

WILFORD RICHARD TRACY

---

### ORDER

Before the Court is Defendant Wilford Richard Tracy's *pro se* motion (Doc. 4) for early termination of supervised release. The Government responds that it and the United States Probation Office do not oppose Tracy's motion. (Doc. 7 at 1). Based on the Court's review of the parties' submissions, the factors under 18 U.S.C. § 3553 weigh in favor of early termination. "During his supervision, [Tracy] has maintained a stable residence and a positive support system." (Doc. 7 at 3). He "has complied with all conditions of supervision and no special conditions remain outstanding." (*Id.*). And he "is 81 years old and low risk." (*Id.*).

Accordingly, it is **ORDERED** that Tracy's motion for early termination of supervised release (Doc. 4) is **GRANTED**. Tracy's supervised release is **terminated**.

**DONE** and **ORDERED** on September 30th, 2025.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
Wilford Richard Tracy